KATE A. BASTIANELLI, Respondent, *v.* SUPREME COUNCIL, CATHOLIC BENEVOLENT LEGION, Appellant.

*Bastianelli* v. *Supreme Council, C. B. L.*, 125 App. Div. 921, affirmed.
(Argued April 9, 1909; decided April 27, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 29, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover upon a benefit certificate of life insurance.

*R. J. Connolly* and *John C. McGuire* for appellant.

*Arthur L. Marvin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.